UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF OREGON; STATE OF NEW MEXICO; COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY; STATE OF IOWA; STATE OF ILLINOIS; STATE OF MINNESOTA; STATE OF RHODE ISLAND; COMMONWEALTH OF VIRGINIA; STATE OF NEW YORK; STATE OF VERMONT; STATE OF NORTH CAROLINA; STATE OF DELAWARE; AND THE DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF REFUGEE RESETTLEMENT; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; THOMAS HOMAN, | NO. 2:18-cv-00939 <br><br> NOTICE OF RELATED CASES |

| | |
|---|---|
| 1 | in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; KEVIN K. MCALEENAN, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALEX AZAR, in his official capacity as Secretary of U.S. Department of Health and Human Services; SCOTT LLOYD, in his official capacity as Director of Office of Refugee Resettlement; and JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as the Attorney General of the United States, |
| | Defendants. |

Pursuant to LCR 3(g)(1), the State of Washington hereby submits this notice of a pending, related case in the Western District of Washington. The related case is *Padilla et al. v. US Immigration and Customs Enforcement et al.*, 2:18-cv-00928, assigned to Presiding Judge Marsha J. Pechman. That case challenges the same family separation policy and course of conduct that forms the gravamen of this Action, and involves substantially the same Defendant federal agencies and officers.

While the Plaintiffs, claims, and remedies are not coextensive between the two cases, it is likely that there will be significant overlap in legal argument and potentially similar evidence across the two actions. It appears very likely that there would be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases were conducted before different judges.

1 | Respectfully submitted this 26th day of June, 2018.

2

3 | ROBERT W. FERGUSON
Attorney General of Washington

4

5 | */s/Laura K. Clinton*
LAURA K. CLINTON, WSBA #29846
Assistant Attorney General

6 | NOAH G. PURCELL, WSBA #43492
Solicitor General

7 | COLLEEN M. MELODY, WSBA #42275
MEGAN D. LIN, WSBA #53716

8 | Assistant Attorneys General
Attorneys for Plaintiff State of Washington