UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

June 26, 2018

The court has received your initiating documents for case #2:18–cv–00939–RAJ *STATE OF WASHINGTON ET AL V. UNITED STATES OF AMERICA ET AL* and has identified the deficiencies listed below.**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Attorney Admission:**
Counsel Megan Lin is not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission and register for ECF Filing access. After you have been admitted to practice before this court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at (206) 370–8862 or dana_scarp@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file