|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** | |
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>    Defendants. | NO. 2:18-cv-00939<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Solicitor General Noah Purcell hereby associates with Attorney General Robert Ferguson of the Washington State Office of the Attorney General on behalf of the Plaintiff State of Washington, and requests that service of all paper and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

DATED this 26th day of June, 2018.

NOTICE OF ASSOCIATION OF COUNSEL
NO. 2:18-cv-00939

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ROBERT W. FERGUSON
Attorney General


*/s/ Noah G. Purcell*
NOAH G. PURCELL, WSBA #43492
Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
NoahP@atg.wa.gov
(206) 464-7744
*Attorneys for Plaintiff State of Washington*

NOTICE OF ASSOCIATION OF COUNSEL
NO. 2:18-cv-00939

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744