HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| State of Washington, et al.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br><br>United States of America, et al.,<br><br>　　　　　Defendant. | CASE NO.  CV18-00939RAJ<br><br><br>MINUTE ORDER |

　　　The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable Marsha J. Pechman because it is related to Case No. CV18-00928MJP.  This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned.  *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012).  All pleadings filed in the future shall bear case number CV18-00939MJP.

　　　　　Dated this 28th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/ TOMAS HERNANDEZ
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1