# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:18-cv-00939 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF REFUGEE RESETTLEMENT; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; THOMAS HOMAN, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; KEVIN K. MCALEENAN, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALEX AZAR, in his official capacity as Secretary of U.S. Department of Health and Human Services; SCOTT LLOYD, in his official capacity as Director of Office of Refugee Resettlement; and JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as the Attorney General of the United States, | |
| Defendants. | |

CERTIFICATE OF SERVICE
2:18-cv-00939

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

I, Grace Summers, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, and not a party to the above-entitled action, and competent to be a witness herein.

On June 27, 2018, I caused a copies of the following documents:

1. Civil Cover Sheet;

2. Complaint for Declaratory and Injunctive Relief;

3. Summonses; and

4. Notice of Related Cases

to be served upon the United States of America by hand delivery at approximately 4:25 p.m. upon:

Annette L. Hayes
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271

On June 28, 2018, I caused copies of the following documents:

1. Civil Cover Sheet;

2. Complaint for Declaratory and Injunctive Relief;

3. Summonses; and

4. Notice of Related Cases

to be served upon the following via certified mail, addressed as follows:

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC  20500

U.S. Customs and Border Protection
Customs and Border Protection Headquarters
1300 Pennsylvania Avenue NW
Washington, DC  20229

CERTIFICATE OF SERVICE
2:18-cv-00939

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

| | | |
|---|---|---|
| 1 | U.S. Immigration and Customs Enforcement | U.S. Department of Homeland Security |
| 2 | 500 12th Street SW | 245 Murray Lane SW |
| | Washington, DC  20536 | Washington, DC  20528-0075 |
| 3 | | |
| | U.S. Citizenship and Immigration Services | Alex Azar |
| 4 | Administrative Appeals Office | U.S. Department of Health & Human Services |
| | 20 Massachusetts Avenue NW MS 2090 | 200 Independence Avenue SW |
| 5 | Washington, DC  20529-2090 | Washington, DC  20201 |
| 6 | | |
| | Office of Refugee Resettlement | Kirstjen Nielsen |
| 7 | Administration for Children & Families | U.S. Department of Homeland Security |
| | U.S. Department of Health & Human Services | 245 Murray Lane SW |
| 8 | 330 C Street SW | Washington, DC  20528-0075 |
| | Washington, DC  20201 | |
| 9 | | |
| 10 | Thomas Homan | Kevin K. McAleenan |
| | U.S. Immigration and Customs Enforcement | U.S. Customs and Border Protection |
| 11 | 500 12th Street SW | 1300 Pennsylvania Avenue NW |
| | Washington, DC  20536 | Washington, DC  20229 |
| 12 | | |
| 13 | Jefferson Beauregard Sessions III | Scott Lloyd |
| | Attorney General of the United States | Office of Refugee Resettlement |
| 14 | U.S. Department of Justice | Administration for Children & Families |
| | 950 Pennsylvania Avenue NW | U.S. Department of Health & Human Services |
| 15 | Washington, DC  20530-0001 | 330 C Street SW |
| | | Washington, DC  20201 |
| 16 | | |
| 17 | U.S. Department of Health & Human Services | |
| | 200 Independence Avenue SW | |
| 18 | Washington, DC  20201 | |

DATED this 28th day of June, 2018, at Seattle, Washington

*/s/ Grace Summers*
GRACE SUMMERS
Legal Assistant

CERTIFICATE OF SERVICE
2:18-cv-00939

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744