AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| State of Washington, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America; U.S. DEPARTMENT OF HOMELAND SECURITY, et al. <br> *Defendant(s)* | Civil Action No. 18-cv-939-RAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States States of America
The White House
1600 Pennsylvania Avenue NW
Washington, DC  20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney General Bob Ferguson
Office of the Attorney General for the State of Washington
800 Fifth Ave, Suite 2000
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____06/26/2018_____                          CLERK OF COURT

                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-939-RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA
was received by me on *(date)* 6·27·18 .

☒ I personally served the summons on the individual at *(place)* U.S. ATTORNEY'S OFFICE, STE 5220, 700 STEWART STREET, SEATTLE, WA on *(date)* 6·27·18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ Ø for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Grace Summers, Legal Assistant
Printed name and title

800 5TH AVE. STE. 2000, SEATTLE, WA 98104
Server's address

Additional information regarding attempted service, etc: