# Appendix A

## Appendix A

The States seek expedited discovery to obtain and preserve evidence on the following topics:

1. The development and implementation of Defendants' policy of separating families who enter the United States along the Southwestern border, including communications to Defendant employees (e.g., Customs and Border Patrol (CBP) and Immigration and Customs Enforcement (ICE) officers) at the border ports of entry regarding same.

2. The number of Separated Children[1] placed by the Office of Refugee Resettlement (ORR) - or any other Defendant - in each Plaintiff State from January 1, 2018 to the present, by month and facility (or, for individual sponsor placements, the county in which the child resides with such sponsor).

3. The number of Separated Parents[2] who are or were detained in each Plaintiff State from January 1, 2018 to the present, by month and facility.

4. The number of Separated Parents in each Plaintiff State released from DHS custody from January 1, 2018 to the present, including the facility from which they were released, the conditions of release, and current location.

5. As to every Separated Parent who is present in any Plaintiff State (or who was present in a Plaintiff State on the day this lawsuit was filed):

   a. The date that each Separated Parent was taken into DHS custody;

   b. The current placement and location of every Separated Parent (e.g., held in the federal prison in SeaTac, Washington);

   c. Whether the Separated Parent expressed fear for their safety in their home country to Defendants at any point, and if so, whether and when the Separated Parent was provided with a credible fear interview;

   d. Whether the Separated Parent has withdrawn any claim to lawful status while in DHS custody;

   e. The contact that Defendants have provided between the Separated Parent and his or her child(ren);

---

[1] "Separated Child" or "Separated Children" shall mean any child under the age of 18 who was traveling with an adult family member, who entered the United States along the Southwestern border in the company of such family member, and who the Department of Homeland Security (DHS) or any other Defendant separated from their family member thereafter.

[2] "Separated Parent" shall mean any adult who was traveling with a family member under the age of 18, who entered the United States along the Southwestern border in the company of such child or children, and who DHS or any other Defendant separated from the child or children thereafter.

    f. The location of that Separated Parent's children (if in an ORR placement or custody); and

    g. DHS' plan to reunify the Separated Parent with the child.

6. As to every Separated Child who is present in any Plaintiff State (or who was present in a Plaintiff State on the day this lawsuit was filed):

    a. The current placement and location of every such child (e.g., living with a sponsor in Seattle, Washington);

    b. The contact that Defendants have provided between the child and their Separated Parent(s) or other family members;

    c. The location of that Separated Child's Separated Parent(s);

    d. DHS' plan to reunify the Separated Child with the Separated Parent(s); and

    e. Information concerning the circumstances and progress of such reunification efforts.

7. The development and implementation of Defendants' practice of refusing to allow entry to asylum seekers presenting themselves at ports of entry along the Southwestern border, including all communications to Defendant employees (e.g., CBP and ICE officers) working near those border ports of entry that discuss this practice, including but not limited to discussion of "metering", numerical or space limits on asylum claims, administrative or other limits on asylum claim processing, and requiring asylum seekers to return to ports of entry at a later day or time.

8. Since January 1, 2018, the number of persons presenting at Southwestern border ports of entry who expressed fear for their safety in their home country, but who Defendants refused to allow to enter the United States, and all information concerning the circumstances of Defendants' refusal.

9. Since January 1, 2018, the number of persons presenting at Southwestern border ports of entry who expressed fear for their safety in their home country, and who Defendants detained in federal custody, and all information concerning the circumstances of Defendants' choice to detain them.

10. Since January 1, 2018, the number of persons presenting at Southwestern border ports of entry who expressed fear for their safety in their home country, who were traveling with their child or children at the time they arrived at the port of entry, but who Defendants then separated from their child(ren); and all information concerning the circumstances of such separation.

Appendix A

11. For all Separated Parents who entered the United States along the Southwestern border from January 1, 2018, information regarding:

    a. The number and circumstances under which Separated Parents agreed to relinquish a claim for lawful status while in DHS custody;

    b. The number and circumstances under which Separated Parents agreed to voluntary removal while in DHS custody;

    c. The number and circumstances under which DHS removed Separated Parents from the United States without their Separated Child; and

    d. All reunification efforts the Defendants have made concerning Separated Parents who were removed from the United States without their Separated Children.

12. For all Separated Parents who have been released from DHS custody since January 1, 2018, all information regarding DHS and HHS efforts to reunite Separated Parents and Separated Children, including but not limited to:

    a. Information regarding the paperwork required of Separated Parents who want to reunite with their Separated Children, including any requirement that Separated Parent complete Family Reunification Applications, including background checks, DNA testing, or fingerprinting, before reunification with their Separated Children;

    b. Information regarding any financial requests or demands made of Separated Parents who want to reunite with their Separated Children, including demands that Separated Parents pay the airfare for Separated Children and escorts as a condition of reunification;

    c. Information regarding any other conditions or requirements the Defendants are placing on Separated Parents who want to reunite with their Separated Children.

13. As to Defendants' stated intentions to detain families who enter along the Southwestern border together in detention centers or similar facilities, all information as to any sites under consideration that are located in any Plaintiff States and any regulatory changes intended to facilitate family detention.

14. As to Defendants' stated intentions to conduct summary deportations of individuals who enter along the Southwestern border without hearing or process, all information as to the existence and implementation of such policy or practice.

Appendix A