The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | NO. 2:18-cv-00939-MJP <br><br> CERTIFICATE OF SERVICE |

I, Sara M. Cearley, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, and not a party to the above-entitled action, and competent to be a witness herein.

On July 3, 2018, I caused a copies of the following documents:

1. States' Motion for Expedited Discovery and Regular Status Conferences (Dkt. 15);

2. Declaration of Laura K. Clinton in Support of Motion to Expedite (Dkt. 16); and

3. Certification of Complaince (Dkt. 17)

CERTIFICATE OF SERVICE
2:18-cv-00939-MJP

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

to be served by Grace Summers upon the United States of America by hand delivery at approximately 8:55 a.m. upon:

>Annette L. Hayes
>United States Attorney's Office
>Western District of Washington
>700 Stewart Street, Suite 5220
>Seattle, WA 98101-1271

On July 2, 2018, I caused copies of the following documents:

1. States' Motion for Expedited Discovery and Regular Status Conferences (Dkt. 15);

2. Declaration of Laura K. Clinton in Support of Motion to Expedite (Dkt. 16); and

3. Certification of Complaince (Dkt. 17)

to be served upon Defendants Donald J. Trump, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, U.S. Department of Health and Human Services, Office of Refugee Resettlement, Kirstjen Nielsen, Thomas Homan, Kevin K. McAleenan, Alex Azar, Scott Lloyd, and Jefferson Beauregard Sessions III via certified mail, addressed as follows:

| | |
|---|---|
| Donald J. Trump<br>President of the United States<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | U.S. Customs and Border Protection<br>Customs and Border Protection Headquarters<br>1300 Pennsylvania Avenue NW<br>Washington, DC 20229 |
| U.S. Immigration and Customs Enforcement<br>500 12th Street SW<br>Washington, DC 20536 | U.S. Department of Homeland Security<br>245 Murray Lane SW<br>Washington, DC 20528-0075 |
| U.S. Citizenship and Immigration Services<br>Administrative Appeals Office<br>20 Massachusetts Avenue NW MS 2090<br>Washington, DC 20529-2090 | Alex Azar<br>U.S. Department of Health & Human Services<br>200 Independence Avenue SW<br>Washington, DC 20201 |

CERTIFICATE OF SERVICE
2:18-cv-00939-MJP

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| Office of Refugee Resettlement<br>Administration for Children & Families<br>U.S. Department of Health & Human Services<br>330 C Street SW<br>Washington, DC 20201 | Kirstjen Nielsen<br>U.S. Department of Homeland Security<br>245 Murray Lane SW<br>Washington, DC 20528-0075 |
| Thomas Homan<br>U.S. Immigration and Customs Enforcement<br>500 12th Street SW<br>Washington, DC 20536 | Kevin K. McAleenan<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue NW<br>Washington, DC 20229 |
| Jefferson Beauregard Sessions III<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Scott Lloyd<br>Office of Refugee Resettlement<br>Administration for Children & Families<br>U.S. Department of Health & Human Services<br>330 C Street SW<br>Washington, DC 20201 |

U.S. Department of Health & Human Services
200 Independence Avenue SW
Washington, DC 20201

DATED this 3rd day of July, 2018, at Tumwater, Washington

_____
SARA M. CEARLEY
Legal Assistant