UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CASE NO. C18-939 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Upon review of the pleadings submitted by Defendant (*see* Dkt. Nos. 21, 22, and 23), it is apparent that the Government has chosen to disregard the formatting requirements set out in LCR 10(c)(1) ("The text of any typed or printed brief must be 12 point or larger…").

The Government is order to resubmit all its briefing in proper font and page length. The responsive briefing in Defendants' Opposition to the Motion for Expedited Discovery and

MINUTE ORDER - 1

Regular Status Conferences (Dkt. No. 21) shall be filed by **5:00 p.m., Thursday, July 12, 2016.** The remaining pleadings must be re-formatted and refiled by **Monday, July 16, 2018.**

The parties are also reminded that substantive argument and citation is to be confined to the body of the pleading – footnotes are only to be used for elaboration or incidental information. Any use of footnotes that the Court considers attempts to evade page limitation requirements will result in rejection of the pleading and an order to resubmit in proper format.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 12, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk