UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C18-939 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, believing that Defendants' briefing had been submitted in a font which did not conform to the requirements of the Local Rules, ordered Defendants to resubmit their pleadings in the proper format. (Dkt. No. 24.) The Court has since been made aware that Defendants' previous briefing was in fact submitted in a 12 point font (as required by the Local Rules), albeit

MINUTE ORDER - 1

a 12 point font which is actually smaller than the 12 point Times New Roman font customarily utilized by the Court and most of the parties appearing before it.[1]

The Court rescinds its previous order that Defendants resubmit their pleadings. Henceforth, all parties are required to submit their pleadings in 12 point Times New Roman font, and of course in conformity with all other formatting requirements of the Local Rules.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 12, 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

---

[1] By way of illustration, when the first page of Defendants' Opposition to Motion for Expedited Discovery (Dkt. No. 21), which appears in double-spaced 12 point Garamond font, is reprinted in double-spaced 12 point Times New Roman font, the resulting text is 2 double-spaced lines longer; in effect, this gives a party utilizing 12 point Garamond an extra page for every 12 pages of briefing.

MINUTE ORDER - 2