AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-00939 |
| The United States of America, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                              .

Date:    07/25/2018

/s/ August E. Flentje
*Attorney's signature*

August E. Flentje, NY 2921807
*Printed name and bar number*

U.S. Department of Justice, Civil Division
901 Pennsylvania Avenue NW
Room 3613
Washington, DC 20530
*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

(202) 305-7000
*FAX number*