# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C18-939 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On July 11, 2018, Defendants filed a Motion to Re-Note/Note All Pending Motions for the Same Date and Consolidate for Oral Argument. (Dkt. No. 23.) The motion sought to stay the ruling on the then-pending Motion for Expedited Discovery filed by Plaintiffs (Dkt. No. 15) to coincide with the noting date for the Motion to Dismiss which had also been filed Defendants that same day. (Dkt. No. 22.)

The Court did not re-note Plaintiffs' Motion for Expedited Discovery, but instead issued a ruling which granted the motion in part and denied it in part. (Dkt. No. 32.) Although the order did not state so explicitly, the implication was unmistakable that Defendants' motion to stay a ruling on the discovery request would not be granted. For purposes of clarifying the record, the Court now makes that ruling explicit:

IT IS ORDERED that Defendants' Motion to Re-Note/Note All Pending Motions for the Same Date and Consolidate for Oral Argument is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 27, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
