The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | NO. 2:18-cv-00939-MJP <br><br> ORDER REGARDING EXPEDITED DISCOVERY |

THIS MATTER having come before the Court this date for a Status Conference, the Plaintiffs appearing by and through counsel, Laura K. Clinton, Colleen Melody, and Megan Lin, and Defendants appearing by and through counsel, August Flentje and Josh Press, and the Court being fully informed, it is hereby ORDERED:

The parties are directed to enter into a protective order that has appropriate protections for the material produced to Plaintiffs' counsel and the Court in *Ms. L, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No. 18cv428 DMS MDD (S.D. Cal.). The parties

represent to the Court that they have conferred with Plaintiffs' counsel in *Ms. L* and that counsel has no objection to the form of order to be presented to the Court.

The Defendants are ordered to produce to the States the materials already produced in the *Ms. L* action by Tuesday, July 31, 2018. For future productions, Defendants will produce *Ms. L* materials to the States either simultaneously or within a reasonable period thereafter, until further order of the Court.

Also on July 31, 2018, Defendants will provide identifying information about the NGOs involved in reentry efforts. To that end, Defendants are ordered to ascertain the obligations those NGOs have to keep and share information with Defendants, and then to provide information about those obligations to the States within a reasonable period.

The Court will hear argument on Defendants' pending motion to dismiss or transfer venue, Dkt. No. 22, on August 8, 2018, at a time to be set by further order. The Court will reconvene the status conference on August 17, 2018, at a time to be set by further order.

Telephonic appearances will be permitted, including a listen-only option for counsel for any party who do not have a speaking role at the hearing.

The Clerk of the Court is ordered to provide copies to all counsel.

Dated: July 27, 2018

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER REGARDING
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

2

Respectfully submitted this 27th day of July, 2018.

/s/ *Laura K. Clinton*
LAURA K. CLINTON, WSBA #29846
Assistant Attorney General
NOAH G. PURCELL, WSBA #43492
Solicitor General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
REBECCA GLASGOW, WSBA #32886
Deputy Solicitor General
MEGAN D. LIN, WSBA #53716
Assistant Attorney General
Attorneys for Plaintiff State of Washington

/s/ *August Flentje*
CHAD READLER
Acting Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
JOSHUA S. PRESS
NICOLE MURLEY
Trial Attorneys
Attorneys for Defendants