AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| State of Washington, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-00939 |
| The United States of America, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date: 07/27/2018

/s/ Sarah M. Reyneveld
*Attorney's signature*

Sarah M. Reyneveld, WSBA No. 44856
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

SarahR@ATG.WA.GOV
*E-mail address*

(206) 389-2126
*Telephone number*

(206) 587-4290
*FAX number*