UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. C18-939-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendants' Motion for Extension of Time to File an Answer (Dkt. No. 90), which was filed on the same day this case was electronically transferred to the U.S. District Court for the Southern District of California. Because this case is no longer before this Court, the Court lacks jurisdiction to consider the Motion. Therefore, the Court hereby STRIKES the Motion. Defendants are instructed to re-file any requests for relief once the transfer has been completed and a new case number has been assigned.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed August 24, 2018.

3

                                               William M. McCool
                                               Clerk of Court

                                               s/Paula McNabb
                                               Deputy Clerk

MINUTE ORDER - 2