

**Transferred case has been opened**
efile_information   to: InterdistrictTransfer_WAWD                       08/27/2018 11:19 AM

Follow Up:        Urgent Priority.

```
CASE: 2:18-cv-00939

DETAILS: Case transferred from Washington Western
has been opened in Southern District of California
as case 3:18-cv-01979, filed 08/23/2018.
```